1098

[Nos. 38482-1-I; 38495-3-I.   Division One.   October 13, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON
JONES, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. ROSHAD
JONES, *Appellant*.

Appeals from judgments of the Superior Court for King
County, Nos. 95-1-07893-8, 95-1-07892-0, Michael C. Hay-
den, J., entered March 18 and April 8, 1996. *Remanded* by
unpublished per curiam opinion.

[No. 38534-8-I.   Division One.   October 13, 1997.]

VERONICA B. BUFFINGTON, ET AL., *Appellants*, v.
HARBOR PROPERTIES, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 92-2-18274-2, Michael J. Fox, J., entered
October 16, 1995 and April 16, 1996. *Affirmed in part, re-
versed in part* and *remanded* by unpublished opinion per
Kennedy, A.C.J., concurred in by Grosse and Agid, JJ.

[No. 38674-3-I.   Division One.   October 13, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. J.K.,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-8-02253-7, Norma Smith Huggins, J.,
entered May 1, 1996. *Affirmed* by unpublished per curiam
opinion.

[No. 38715-4-I.   Division One.   October 13, 1997.]

JESSE GARCIA, JR., *Appellant*, v. HEATHER LANE
CHRISTIAN RETIREMENT HOME, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Ska-
git County, No. 93-2-01084-5, Stanley K. Bruhn, J., entered
April 29, 1996. *Affirmed* by unpublished per curiam
opinion.